# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 10 C 552 | **DATE** | 6/12/2012 |
| **CASE TITLE** | Perry vs. Weatherly, et al. | | |

**DOCKET ENTRY TEXT**

By agreement of the parties, the defendant's counsel shall deliver settlement letters to plaintiff's counsel by 06/29/12, and shall deliver all settlement letters to the magistrate judge's chambers by noon on 07/02/12.

Notified counsel by telephone.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | smk |
|---|---|---|