**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TORRIN PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:10-cv-00552 |
| v. ) | |
| ) | Chief Judge James F. Holderman |
| BOBBY WEATHERLY AND ) | |
| JASON LENSKI, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

NOW COMES Defendants' attorney, Tifani Sadek, and moves this Honorable Court to grant her motion to withdraw her appearance on behalf of the Defendants and in support thereof, states as follows:

1. Defendants are represented by Meckler Bulger Tilson Marick & Pearson LLP.

2. Ms. Sadek was an associate attorney at Meckler Bulger Tilson Marick & Pearson LLP.

3. Ms. Sadek's appearance was entered on behalf of the Defendants.

4. On July 3, 2012, Ms. Sadek resigned from Meckler Bulger Tilson Marick & Pearson LLP.

5. Ms. Sadek is relocating to Detroit, Michigan effective July 3, 2012.

6. Defendants are still represented by Meckler Bulger Tilson Marick & Pearson LLP and Ms. Sadek is no longer representing the Defendants.

WHEREFORE, Defendants' attorney, Tifani Sadek, asks that this Honorable Court enter an order granting her motion to withdraw her appearance on behalf of the Defendants in this matter, *instanter*.

Dated this 3rd day of July, 2012.

                                        Respectfully submitted,

                              /s/                Tifani Sadek
                                      One of the Attorneys for the Defendants

Richard A. Devine (ARDC No. 625582)
James J. Knibbs (ARDC No. 6187670)
Tracey A. Dillon (ARDC No. 6255851)
Tifani Sadek (ARDC No. 6301764)
Meckler Bulger Tilson Marick & Pearson LLP
123 N. Wacker Drive - Suite 1800
Chicago, Illinois 60606
Office: (312)474-7900
Fax:    (312)474-7898
Email: richard.devine@mbtlaw.com
        james.knibbs@mbtlaw.com
        tracey.dillon@mbtlaw.com
        tifani.jones@mbtlaw.com

**CERTIFICATE OF SERVICE**

I, Tifani Sadek, an attorney, hereby certify that on July 3, 2012, I filed the foregoing motion electronically, which shall send notice all counsel of record.

/s/ Tifani Sadek
One of the Attorneys for the Defendants