UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 5.0.3**
Eastern Division

Torrin D Perry
                      Plaintiff,

v.                                                   Case No.: 1:10−cv−00552
                                                         Honorable James F. Holderman

Bobby Weatherly, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 3, 2012:

      MINUTE entry before Honorable Sidney I. Schenkier: Telephone status hearing held. The settlement conference set for 7/10/12 is STRICKEN, in light of the unavailability of the plaintiff due to unforeseen circumstances. The matter is set for a telephone status hearing on 7/19/12 at 1:15 p.m. for the purpose of setting a new settlement conference date. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.