UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TORRIN PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 1:10-cv-00552 |
| ) | |
| BOBBY WEATHERLY, ) | Chief Judge James F. Holderman |
| JASON LENSKI AND THE CITY OF ) | |
| CHICAGO, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorney's fees in accordance with the terms of the Release and Settlement Agreement and the proposed Agreed Order of Dismissal.

Respectfully submitted,
**CITY OF CHICAGO**
a Municipal Corporation

**STEPHEN PATTON**
**Corporation Counsel**
**Attorney for City of Chicago**

By: /s/ Jon Stromsta
Attorney for the Plaintiff
Jon Stromsta (ARDC No. 6190161)
Enterprise Law Group, LLP
150 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
(312) 428-3023
Date: 7/16/12

By: /s/ Tracey A. Dillon
Attorney for the Defendants
Tracey A. Dillon (ARDC No. 6255851)
Meckler Bulger Tilson Marick & Pearson LLP
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 474-7900
Date: 7/17/12

## CERTIFICATE OF SERVICE

      I, Tracey A. Dillon, an attorney, hereby certify that on July 17, 2012, I electronically filed the preceding Stipulation to Dismiss using the CM/ECF system which will provide notice to all parties of record.

                                        /s/ Tracey A. Dillon
                                        Tracey A. Dillon

Tracey A. Dillon (ARDC No. 6255851)
Meckler Bulger Tilson Marick & Pearson LLP
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 474-7900