UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TORRIN PERRY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 1:10-cv-00552 |
| BOBBY WEATHERLY, JASON LENSKI AND THE CITY OF CHICAGO, | ) ) ) ) | Chief Judge James F. Holderman |
| Defendants. | ) ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Torrin Perry, by his appointed attorney, Jon Stromsta, and Defendants, Bobby Weatherly and Jason Lenski, by their attorney, Tracey A. Dillon, and the City of Chicago, by its attorney Stephen Patton, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff, Torrin Perry, against Defendants, Bobby Weatherly, Jason Lenski and the City of Chicago, are dismissed with prejudice and with each side bearing its own costs and attorney's fees in accordance with the terms of the Release and Settlement Agreement.

DATE: July 23, 2012   ENTER: _____
The Honorable James F. Holderman
U.S. District Chief Judge